# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE LOPEZ, an individual on behalf of herself and as guardian ad litem for F.G., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 18-5149-DMG (JPRx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [41]** |

Pursuant to the stipulation entered into between Plaintiff Jeanette Lopez, an individual on behalf of herself and as guardian ad litem for F.G., a minor, and Defendant Dollar Tree Stores, Inc., and for good cause appearing, the Court ORDERS that all claims for relief in the above-captioned action brought by Plaintiffs are hereby dismissed in their entirety and with prejudice. The parties shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: August 2, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE